UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEW ORIENTAL EDUCATION & TECHNOLOGY GROUP SECURITIES LITIGATION | Civil Action No. 12-cv-05724-JGK |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND ENTRY OF JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Points and Authorities in Support of Final Approval Of Class Action Settlement And Plan Of Allocation, dated August 20, 2014; and upon all prior papers and proceedings herein, pursuant to Federal Rule of Civil Procedure 23(e), court-appointed Lead Counsel Grant & Eisenhofer P.A. will move this Court, before the Honorable John G. Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York New York, 10007, on September 19, 2014 at 2:00 PM, for an Order entering the attached [Proposed] Judgment Approving Class Action Settlement agreed to by the Parties, thereby (1) granting final approval to the proposed Settlement and Plan of Allocation; (2) granting final certification of the Class for purposes of the Settlement; and (3) finding that the notice given to the Class satisfies due process.

| | |
|---|---|
| Dated:  August 20, 2014 | **GRANT & EISENHOFER P.A.** |
| | /s/ Daniel L. Berger<br>JAY W. EISENHOFER<br>DANIEL L. BERGER<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8522<br>(646) 722-8501 (Fax)<br><br>JEFF A. ALMEIDA<br>KYLE J. MCGEE<br>DAVID HAENDLER<br>123 Justison Street<br>Wilmington, DE 19801<br>(302) 622-7122<br>(302) 622-7100 (Fax)<br><br>*Lead Counsel on Behalf of Lead Plaintiff and the Class* |